IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gonzalez, Maximo A

Printed: 10/9/07

Case Number: 05 B 63792
Judge: Hollis, Pamela S
Filed: 12/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 4, 2007
Confirmed: May 8, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,250.00 |  |
| Secured: |  | 2,199.66 |
| Unsecured: |  | 0.00 |
| Priority: |  | 142.84 |
| Administrative: |  | 1,689.00 |
| Trustee Fee: |  | 205.35 |
| Other Funds: |  | 13.15 |
| Totals: | 4,250.00 | 4,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicole G Lawson | Administrative | 1,689.00 | 1,689.00 |
| 2. | MB Financial | Secured | 0.00 | 0.00 |
| 3. | MB Financial | Secured | 0.00 | 0.00 |
| 4. | USA 1 National Credit Union | Secured | 0.00 | 0.00 |
| 5. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 6. | City Of Chicago | Secured | 152.78 | 18.20 |
| 7. | Monterey Financial Services | Secured | 1,340.26 | 364.02 |
| 8. | American General Finance | Secured | 2,998.97 | 680.96 |
| 9. | MB Financial | Secured | 4,995.40 | 952.40 |
| 10. | MB Financial | Secured | 966.60 | 184.08 |
| 11. | Internal Revenue Service | Priority | 142.84 | 142.84 |
| 12. | ECast Settlement Corp | Unsecured | 65.91 | 0.00 |
| 13. | Truliant Federal Credit Union | Unsecured | 84.24 | 0.00 |
| 14. | USA 1 National Credit Union | Unsecured | 81.45 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | 8.13 | 0.00 |
| 16. | USA 1 National Credit Union | Unsecured | 44.09 | 0.00 |
| 17. | USA 1 National Credit Union | Unsecured | 147.79 | 0.00 |
| 18. | Capital One | Unsecured | 11.58 | 0.00 |
| 19. | Monterey Financial Services | Unsecured | 13.60 | 0.00 |
| 20. | City Of Chicago Dept Of Revenue | Unsecured | 76.00 | 0.00 |
| 21. | Exito | Unsecured |  | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 23. | CROSS AMERICA | Unsecured |  | No Claim Filed |
| 24. | Anderson Financial Network | Unsecured |  | No Claim Filed |
| 25. | Credit Collection | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Gonzalez, Maximo A | Case Number: 05 B 63792 | |
| | Judge: Hollis, Pamela S | |
| Printed: 10/9/07 | Filed: 12/6/05 | |

| | | | | |
|---|---|---|---|---|
| 26. | Neil Kauffman | Unsecured | | No Claim Filed |
| 27. | MB Financial | Unsecured | | No Claim Filed |
| 28. | TCF Bank | Unsecured | | No Claim Filed |
| 29. | SBC | Unsecured | | No Claim Filed |
| 30. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 31. | Anderson Financial Network | Unsecured | | No Claim Filed |
| 32. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 33. | Truliant Federal Credit Union | Unsecured | | No Claim Filed |

$ 12,818.64          $ 4,031.50

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 49.50 |
| 4.8% | 155.85 |
| | $ 205.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_